**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Havies Junior THOMPSON, a/k/a Man,**
**a/k/a Sld Dft 3:01CR184–3, a/k/a**
**Manhova, Defendant–Appellant.**

**No. 09–6774.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 15, 2009.

Mark Patrick Foster, Jr., Law Offices of Mark Foster, PC, Charlotte, Assistant Edward R. Carolina, North Carolina, for Appellant. Amy Elizabeth Ray, United States Attorney, Asheville, North Carolina, Ryan, Acting United States Attorney, Charlotte, North for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Havies Junior Thompson appeals the district court's order denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We find no reversible error and we thus affirm for the reasons stated by the district court. *United States v. Thompson*, No. 3:01–cr–00184–GCM–3 (W.D.N.C. Apr. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*